# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　　Plaintiff,<br>　　　vs.<br><br>Amy Elizabeth Valerio<br><br>　　　　　　　　　　　Defendant. | Case No. 22-cr-0746-JLS<br><br>JUDGMENT OF DISMISSAL<br><br>**FILED**<br>APR 21 2022<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☒ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☐ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment/Information:

☒ Ct 1, 2 - 8:1324(a)(2)(B)(ii) ; 18:2  Bringing in Aliens for Financial Gain; Aiding and Abetting

☒ Ct 3, 4 - 8:1324(a)(2)(B)(iii) Bringing in Aliens Without Presentation

Dated: 4/21/22

Hon. Mitchell D. Dembin
United States Magistrate Judge